| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, # 288639 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |

Attorney for Defendant
ERIC MAGANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00183-JAM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| ERIC MAGANA, | Date: November 19, 2019 |
| | Time: 9:00 a.m. |
| Defendants. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Quinn Hochhalter, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for defendant ERIC MAGANA, that the status conference scheduled for November 19, 2019, at 9:00 a.m., be vacated and the matter continued to January 14, 2020, at 9:00 a.m.

The reasons for the continuance are that defense counsel requires additional time to review discovery, conduct further investigation regarding potential mitigation, to engage in legal research, and to meet and confer with his client.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be from the date of the Court's order, through and including January 14, 2020; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Proposed Order         -1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: November 15, 2019

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for ERIC MAGANA

DATED: November 15, 2019

MCGREGOR W. SCOTT
United States Attorney

*/s/ Quinn Hochhalter*
QUINN HOCHHALTER
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from today's date, up to and including January 14, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 19, 2019 status conference shall be continued until January 14, 2020, at 9:00 a.m.

DATED: November 15, 2019

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge