MCGREGOR W. SCOTT
United States Attorney
QUINN HOCHHALTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-183 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT FINDINGS AND ORDER |
| v. | |
| ERIC MAGANA, | DATE: September 1, 2020 |
| Defendant. | TIME: 9:15 a.m. COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 1, 2020.

2. By this stipulation, the parties now move to continue the status conference to November 3, 2020 at 9:30 a.m., and to exclude time between September 1, 2020, and November 3, 2020, under Local Codes C, F, M, and T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government represents that the discovery associated with this case includes reports, photographs, videos, and other documents either produced directly to counsel and/or made available for inspection and copying. The discovery has been either produced directly to

counsel and/or made available for inspection and copying.

  b) Counsel for defendant desires additional time to review the current charges, conduct investigation and research related to the charges, review and copy discovery for this matter, consult with his client, discuss potential resolutions, and otherwise prepare for trial.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to a continuance.

  e) The defendant is also currently addressing federal charges in the Eastern District of Arkansas pending resolution of (E.D. AR. Case 4:14-CR-231-DPM).

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 1, 2020 to November 3, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(B) [Local Code C], 18 U.S.C. § 3161(h)(1)(E) [Local Code F], 18 U.S.C. § 3161(h)(3)(A) and (B) [Local Code M], and 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 21, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ QUINN HOCHHALTER
QUINN HOCHHALTER
Assistant United States Attorney

Dated:  August 21, 2020

/s/ DOUGLAS J. BEEVERS
DOUGLAS J. BEEVERS
Counsel for Defendant
ERIC MAGANA

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 24th day of August, 2020.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE
STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT