MCGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
AARON D. PENNEKAMP
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ERIC MAGANA,<br><br>          Defendant. | CASE NO. 2:19-CR-00183-JAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>DATE: March 23, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 23, 2021.

2. The parties need additional time to prepare for sentencing and conduct follow-up investigation on matters that may affect the sentence. The COVID-19 pandemic has made it more difficult for the parties to conduct this investigation, some of which will need to take place in-person.

3. By this stipulation, the parties now move to continue the sentencing hearing until June 22, 2021, at 9:30 a.m.

4. The parties further agree to modify the schedule for preparation, disclosure, and objections to the presentence report as follows:

   a) The proposed Presentence Report shall be disclosed to counsel no later than May 11, 2021.

b) Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than May 25, 2021.

c) The Presentence Report shall be filed with the Court and disclosed to counsel no later than June 1, 2021.

d) Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than June 8, 2021.

e) Any Reply or Statement of Non-Opposition shall be filed with the Court and served on the Probation Officer and opposing counsel no later than June 15, 2021.

IT IS SO STIPULATED.

Dated:  March 2, 2021                               MCGREGOR W. SCOTT
                                                    United States Attorney

                                                    /s/ ROSS PEARSON
                                                    ROSS PEARSON
                                                    Assistant United States Attorney

Dated:  March 2, 2021                               /s/ *Douglas J. Beevers*
                                                    DOUGLAS J. BEEVERS
                                                    Counsel for Defendant
                                                    ERIC MAGANA
                                                    (Authorized by email on March 2, 2021)

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of March, 2021.

                                                    /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT COURT JUDGE