| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS BEEVERS, #288639 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: (916) 498-5700 |
| | Fax: (916) 498-5710 |
| 5 | Douglas_Beevers@fd.org |

Attorney for Defendant
ERIC MAGANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:19-cr-00183-JAM-1 |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | ) | |
| ERIC MAGANA | ) | Date: June 22, 2021 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Aaron Pennekamp and Ross Pearson, Attorneys for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, Attorney for Defendant Eric Magana, **that the sentencing hearing scheduled for June 22, 2021 may be vacated and continued to August 17, 2021.**

The new schedule of disclosure would be as follows:

| | |
|---|---|
| PSR Disclosed: | July 6, 2021 |
| Informal Objections: | July 20, 2021 |
| Final PSR Disclosed: | July 27, 2021 |
| Formal Objections: | August 3, 2021 |
| Reply/Sentencing Memorandum: | August 10, 2021 |
| Sentencing: | August 17, 2021 |

-1-

Defense counsel believes that a continuance of the sentencing hearing to August 17, 2021 would provide enough time for the defendant to appear for an in-person sentencing as well as provide time for the defense to investigate mitigating circumstances. Since Mr. Magana has pleaded guilty to the charged offense, the Speedy Trial Act and time exclusion is not a concern.

Dated: June 4, 2021

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Douglas Beevers*
                                    DOUGLAS BEEVERS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ERIC MAGANA

Dated: June 4, 2021                      PHILLIP A. TALBERT
                                    Acting United States Attorney

                                    */s/ Aaron Pennekamp*
                                    AARON PENNEKAMP
                                    Assistant United States Attorney

                                    */s/ Ross Pearson*
                                    ROSS PEARSON
                                    Assistant United States Attorney

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The June 22, 2021 sentencing hearing shall be continued until August 17, 2021, at 9:30 a.m., before District Judge John A. Mendez.

**IT IS SO ORDERED.**

Dated:  06/04/2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE