PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC MAGANA,<br><br>  Defendant. | CASE NO. 2:19-CR-00183-JAM-1<br><br>STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER<br><br>DATE: November 16, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 16, 2021.

2. By this stipulation, the parties move to continue the sentencing until December 7, 2021.

3. Counsel for Magana is currently in trial, which has taken a longer time than anticipated. He needs more time to prepare for the sentencing hearing.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  November 10, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated:  November 10, 2021 | /s/ DOUGLAS J. BEEVERS<br>DOUGLAS J. BEEVERS<br>Counsel for Defendant<br>ERIC MAGANA<br>(Authorized by email on November 10, 2021) |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 10th day of November, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE