PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00183-JAM-1 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | DATE: December 7, 2021 |
| ERIC MAGANA, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on December 7, 2021.

2.      By this stipulation, the parties move to continue the sentencing until January 11, 2022.

3.      Counsel for Magana recently finished a trial, which took longer than anticipated.  He needs more time to prepare for the sentencing hearing.

IT IS SO STIPULATED.

1

Dated:  November 30, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated:  November 30, 2021

/s/ DOUGLAS J. BEEVERS
DOUGLAS J. BEEVERS
Counsel for Defendant
ERIC MAGANA
(Authorized by email on
November310, 2021)

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 30th day of November, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE