PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ERIC MAGANA,<br><br>            Defendant. | CASE NO. 2:19-CR-00183-JAM-1<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: January 11, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 11, 2022.

2. By this stipulation, the parties move to continue the sentencing until February 15, 2022 at 9:30 a.m.

3. The parties need additional time to prepare for sentencing and discuss and investigate matters that may impact the sentence in this case. Since the last continuance, counsel for Magana has learned of new information that may affect sentencing.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 4, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated: January 4, 2022 | /s/ DOUGLAS J. BEEVERS<br>DOUGLAS J. BEEVERS<br>Counsel for Defendant<br>ERIC MAGANA<br>(Authorized by email on January 4, 2022) |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 4th day of January, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE