PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00183-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| ERIC MAGANA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on April 25, 2022. (Doc 68).

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before July 6, 2022;

        b)      The defendant's reply to the government's response to be filed on or before July 20, 2022.

IT IS SO STIPULATED.

Dated:  May 27, 2022                                 PHILLIP A. TALBERT
                                                        United States Attorney

                                                        /s/ ROSS PEARSON
                                                        ROSS PEARSON
                                                        Assistant United States Attorney


Dated:  May 27, 2022                                 /s/ DOUGLAS BEEVERS
                                                        DOUGLAS BEEVERS
                                                        Counsel for Defendant
                                                        ERIC MAGANA

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

      a)      The government's response to the defendant's motion, (Doc 68), is due on or before July 6, 2022;

      b)      The defendant's reply to the government's response, if any, is due on July 20, 2022.

IT IS SO FOUND AND ORDERED this 27th day of May 2022.

                                                         /s/ John A. Mendez
                                                        THE HONORABLE JOHN A. MENDEZ
                                                        UNITED STATES DISTRICT COURT JUDGE