PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:   (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:19-CR-00183-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| ERIC MAGANA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.      The defendant filed a motion for compassionate release on April 25, 2022. (Doc 68).

2.      Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion.  The defendant does not oppose the government's request.

3.      Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

        a)      The government's response to the defendant's motion to be filed on or before September 7, 2022;

STIPULATION RE BRIEFING SCHEDULE

1

1    b)    The defendant's reply to the government's response to be filed on or before

2    September 26, 2022.

3

4    IT IS SO STIPULATED.

5

6    Dated:  August 8, 2022                          PHILLIP A. TALBERT
                                                      United States Attorney
7

8                                                     /s/ ROSS PEARSON
                                                      ROSS PEARSON
9                                                     Assistant United States Attorney

10

11   Dated:  August 8, 2022                          /s/ DOUGLAS BEEVERS
                                                      DOUGLAS BEEVERS
12                                                    Counsel for Defendant
                                                      ERIC MAGANA
13

14

15                                  **ORDER**

16   Based upon the stipulation and representations of the parties, the Court adopts the following as a

17   revised briefing schedule regarding the defendant's motion for sentence reduction:

18   a)    The government's response to the defendant's motion, (Doc 68), is due on or before

19   September 7, 2022;

20   b)    The defendant's reply to the government's response, if any, is due on September 26,

21   2022.

22

23   IT IS SO FOUND AND ORDERED this 9th day of August 2022.

24

25

26                                                    /s/ John A. Mendez
                                                      THE HONORABLE JOHN A. MENDEZ
27                                                    SENIOR UNITED STATES DISTRICT JUDGE

28

STIPULATION RE BRIEFING SCHEDULE                2