HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. McCLINTOCK, CSB #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Facsimile: (916) 498-5710

Attorneys for Defendant
ERIC MAGANA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ERIC MAGANA,<br>Defendant. | Case No. 2:19-cr-00183-JAM<br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br>Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America, by and through ROSS PEARSON, Assistant United States Attorney, and defendant ERIC MAGANA, by and through his counsel, ANN C. McCLINTOCK, Assistant Federal Defender, that defendant shall have a 39-day extension of time to and including October 2, 2026, to file either a Supplemental Brief or a Notice of Not Supplementing. This extra time is needed to give defense counsel, who has reviewed the BOP records and pro se pleadings in this matter, but needs additional time to gather information and communicate with Mr. Magana regarding the pro se motion. Defense counsel will be out of the office between September 17 and September 24, 2026, so extra time is needed. The 39-day request should be sufficient time to allow the defense to complete its work.

/ / /

Defendant's Supplemental Brief in support of his Motion for Reduction in Sentence, docket entry no. 85, or Notice of not filing such a brief, shall be filed by October 2, 2026. The government's Response shall be filed by November 2, 2026. Defendant's Reply shall be filed by December 2, 2026.

DATED: August 20, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*s/ Ann C. McClintock*
ANN C. McCLINTOCK
Assistant Federal Defender
Attorney for Defendant
ERIC MAGANA

DATED: August 20, 2026

ERIC GRANT
United States Attorney

*s/ Ross Pearson*
ROSS PEARSON
Assistant U.S. Attorney
Attorney for Plaintiff

* * *

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Defendant's Supplemental Brief in support of his Motion for Reduction in Sentence, docket entry no. 85, or Notice of not filing such a brief, shall be filed by **October 02, 2026**. The government's Response shall be filed by **November 02, 2026**. Defendant's Reply shall be filed by **December 02, 2026**.

Dated: August 21, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE