HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. McCLINTOCK, CSB #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Facsimile: (916) 498-5710

Attorneys for Defendant
ERIC MAGANA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC MAGANA,<br><br>Defendant. | Case No. 2:19-cr-00183-JAM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America, by and through ROSS PEARSON, Assistant United States Attorney, and defendant ERIC MAGANA, by and through his counsel, ANN C. McCLINTOCK, Assistant Federal Defender, that defendant shall have a second extension of time to and including November 2, 2026, to file either a Supplemental Brief or a Notice of Not Supplementing. This extra time is needed to give defense counsel required additional time to gather information and communicate with Mr. Magana regarding the pro se motion. This 31-day request should be sufficient time to allow the defense to complete its work.

/ / /

Defendant's Supplemental Brief in support of his Motion for Reduction in Sentence, docket entry no. 85, or Notice of not filing such a brief, shall be filed by November 2, 2026. The government's Response shall be filed by December 2, 2026. Defendant's Reply shall be filed by January 4, 2027.

DATED: October 1, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*s/ Ann C. McClintock*
ANN C. McCLINTOCK
Assistant Federal Defender
Attorney for Defendant
ERIC MAGANA

DATED: October 1, 2026

ERIC GRANT
United States Attorney

*s/ Ross Pearson*
ROSS PEARSON
Assistant U.S. Attorney
Attorney for Plaintiff

* * *

# O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Defendant's Supplemental Brief in support of his Motion for Reduction in Sentence, docket entry no. 85, or Notice of not filing such a brief, shall be filed by **November 02, 2026**. The government's Response shall be filed by **December 02, 2026**. Defendant's Reply shall be filed by **January 04, 2027**.

IT IS SO ORDERED.

Dated: October 08, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE