HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. McCLINTOCK, CA Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Facsimile: (916) 498-5710

Attorneys for Defendant
ERIC MAGANA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ERIC MAGANA,<br>Defendant. | Case No. 2:19-cr-00183-JAM<br>**SEALING ORDER**<br>Judge: Hon. John A. Mendez |

For good cause shown, Defendant's request to Seal Exhibit 2 is **GRANTED**. Exhibit 2 to his Supplemental Brief in support of the pro se Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)1)(A) in this case is **SEALED** until further order of the Court.

Dated: November 18, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE